THE B. F. GOODRICH COMPANY *v.* PUBLIC UTILITIES COMMISSION ET AL.

The motion by the defendant The Connecticut Light and Power Company to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Walter F. Torrance, Jr.,* for the appellee (defendant The Connecticut Light and Power Company).

*David M. Shea,* for the appellant (plaintiff).

*Samuel Kanell,* assistant attorney general, and *William J. Lynch,* for the appellee (defendant Public Utilities Commission).